UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA *ex rel.* )
JAMES R. ADAMS, et al., ) Case No. 2:11-cv-00535-RLH-RJJ
 )
Plaintiff, ) [PROPOSED] ORDER
 )
vs. )
 )
WELLS FARGO BANK, N.A., et al., )
 )
Defendants. )

The United States having declined to intervene in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The seal in this case is lifted as to the following documents:

    a. Complaint;

    b. First Amended Complaint;

    c. United States' Notice of Election to Decline Intervention;

    d. This Order; and

    e. Except as subsequently ordered, all prospective pleadings and other documents filed in this case.

2. All other documents on file in this matter as of the date of this Order shall remain under seal and shall not be made public or served upon any of the defendants.

3. The seal be lifted as to all other matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, and notices of all appeals, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). Service shall be made upon the United States by mailing a copy of the

pleading or motion to the following counsel:

> John Warshawsky
> Trial Attorney
> U.S. Department of Justice
> Commercial Litigation Branch
> Civil Division
> 601 D Street, N.W., Room 9132
> Washington, D.C. 20004
> Telephone: (202) 305-3829
> Facsimile: (202) 305-7797
> E-mail: john.warshawsky@usdoj.gov

5. The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

6. All orders of this Court shall be sent to the United States.

7. In the event either the relators or any or all of the defendants subsequently propose that this action be dismissed, settled, or otherwise discontinued, the Court will instruct the parties to solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 23 day of April, 2012.

Roger L. Hunt
U.S. District Judge