LAW OFFICES OF SIGAL CHATTAH
SIGAL CHATTAH, ESQ.
Nevada Bar No. 8264
5875 S. Rainbow Blvd., Suite 204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
chattahlaw@gmail.com
*Attorney for Relators*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.*, | Case No.: 2:11-cv-00535-RLH-RJJ |
| Plaintiff, | |
| JAMES R. ADAMS and PUOY K. PREMSRIRUT, | **SUBSTITUTION OF ATTORNEY** |
| Relators, | |
| vs. | |
| AMERICAN HOME MORTGAGE SERVICING INC., et.al. | |

Qui tam relators Puoy K. Premsrirut and James R. Adams ("Relators") hereby substitutes SIGAL CHATTAH, ESQ., as attorney of record in the place and stead of JAMES R. ADAMS, ESQ., and PUOY K. PREMSRIRUT, ESQ.

DATED this 15th day of August, 2012.


  *Puoy K. Premsrirut*
 
Puoy K. Premsrirut


  *James R. Adams*

James R. Adams

1   SIGAL CHATTAH, ESQ., hereby agrees to the substitution as attorney of record for Relators
2  James R. Adams and Puoy K. Premsrurit in the place and stead of James R. Adams, Esq., and Puoy
3  K. Premsrirut, Esq.
4   DATED this 15th day of August, 2012.

6  LAW OFFICES OF SIGAL CHATTAH

*Sigal Chattah*
8  SIGAL CHATTAH, ESQ.
Nevada Bar No. 8264
9  5875 S. Rainbow Blvd., Suite 204
Las Vegas, Nevada 89118
10 Tel: (702) 360-6200
Fax: (702) 643-6292
11 chattahlaw@gmail.com
*Attorney for Relators*