UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, <br><br> Plaintiff, <br><br> JAMES R. ADAMS and PUOY K. PREMSRIRUT, <br><br> vs. <br><br> AMERICAN HOME MORTGAGE SERVICING INC., *et al.*, <br><br> Defendant, | 2:11-cv-535-RLH-RJJ <br><br><br><br> O R D E R |

This matter is before the Court on Realtor's Ex-Parte Motion Requesting that Relator's Application for Order to Serve Complaint Be Heard on Order Shortening Time and Be Heard on an Ex-Parte Basis (#31).

The Court having reviewed the Ex-Parte Motion (#31) and having granting the Application (#32) and good cause appearing therefore,

IT IS HEREBY ORDERED that Realtor's Ex-Parte Motion Requesting that Relator's Application for Order to Serve Complaint Be Heard on Order Shortening Time and Be Heard on an Ex-Parte Basis (#31) is **DENIED AS MOOT.**

DATED this 28th day of September, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge