LAW OFFICES OF SIGAL CHATTAH
SIGAL CHATTAH, ESQ.
Nevada Bar No. 8264
5875 S. Rainbow Blvd., Suite 204
Las Vegas, Nevada 89118
Tel: (702) 360-6200
Fax: (702) 643-6292
chattahlaw@gmail.com
*Attorney for Relators*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.*,<br><br>Plaintiff,<br><br>JAMES R. ADAMS and PUOY K. PREMSRIRUT,<br><br>Relators,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., et.al. | Case No.:  2:11-cv-00535-RCJ-NJK<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE** |

    The United States of America, by and through Sigal Chattah, Esq., on behalf of qui tam relators Puoy K. Premsrirut and James R. Adams ("Relators") and Green Valley Ranch Community Association and The Lakes Association, by and through their attorney, Don Springmeyer, Esq., of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP., hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED that the above captioned action against Green Valley Ranch Community Association and The Lakes Association only, shall be dismissed without prejudice, with each party bearing their own attorney fees and costs.

By    */s/    Sigal Chattah*            1/14/2013
        SIGAL CHATTAH, ESQ.            Date
        Nevada Bar No. 8264
        5875 S. Rainbow Blvd., Suite 204
        Las Vegas, Nevada 89118
        Tel: (702) 360-6200
        Fax: (702) 643-6292
        chattahlaw@gmail.com
        *Attorney for Relators*

By:    */s/ Don Springmeyer*           1/14/2013
        DON SPRINGMEYER, ESQ.      Date
        Nevada Bar No. 1021
        WOLF, RIFKIN, SHAPIRO,
        SCHULMAN & RABKIN, LLP
        3556 E. Russell Road, Second Floor
        Las Vegas, Nevada 89120
        (702) 341-5200/Fax: (702) 341-5300
        dspringmeyer@wrslawyers.com

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____