AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel., Plaintiff,<br><br>JAMES ADAMS and PUOY PREMSRIRUT, Relators<br><br>*Plaintiff(s)*<br>v.<br><br>AURORA LOAN SERVICES LLC, et.al.<br><br>*Defendant(s)* | Civil Action No. 2:11-cv-00535-RCJ-NJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EMC MORTGAGE CORPORATION
c/o JPMORGAN CHASE BANK NA,
c/o THE CORPORATION TRUST COMPANY OF NEVADA
311 S DIVISION ST
CARSON CITY, NV 89703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LAW OFFICES OF SIGAL CHATTAH
SIGAL CHATTAH, ESQ.
Nevada Bar No. 8264
5875 S. Rainbow Blvd., Suite 204
Las Vegas, Nevada 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*