1   MARK E. FERRARIO
    Nevada Bar No. 1625
2   BRANDON E. ROOS
    Nevada Bar No. 7888
3   JACK F. BURNS
    Nevada Bar No. 12340
4   GREENBERG TRAURIG, LLP
    3773 Howard Hughes Parkway, Suite 400 North
5   Las Vegas, Nevada 89169
    Telephone:   (702) 792-3773
6   Fax:         (702) 792-9002
    ferrariom@gtlaw.com
7   roosb@gtlaw.com
    burnsjf@gtlaw.com
8   *Attorneys for Defendant*
    *PHH Mortgage Corp.*

9               **UNITED STATES DISTRICT COURT**

10              **FOR THE DISTRICT OF NEVADA**

11

12  UNITED STATES OF AMERICA, *ex. rel.* JAMES       No. 2:11-cv-00535-RCJ-NJK
    R. ADAMS and PUOY K. PREMSRIRUT,
13                                                    **[PROPOSED] STIPULATION AND ORDER**
              Plaintiffs-Relators,                   **TO EXTEND DEADLINE TO ANSWER**
14                                                    **RELATORS' COMPLAINT**
    vs.
15
    AURORA LOAN SERVICES LLC; BAC HOME
16  LOANS SERVICING LP; BANK OF AMERICA
    NA; CHASE HOME FINANCE LLC;
17  CITIMORTGAGE INC; COUNTRYWIDE HOME
    LOANS SERVICING LP; COUNTRYWIDE
18  HOME LOANS INC.; EMC MORTGAGE
    CORPORATION; GMAC MORTGAGE
19  CORPORATION; JPMORGAN CHASE BANK
    NA; NATIONSTAR MORTGAGE LLC; OCWEN
20  LOAN SERVICING LLC; ONEWEST BANK
    FSB; PHH MORTGAGE CORP; US BANK NA;
21  WELLS FARGO BANK NA; DOES 1 through
    500; and ROE ENTITIES 1 through 500, inclusive.
22
23            Defendants.

24       Relators, JAMES R. ADAMS and PUOY K. PREMSRIRUT ("Relators"), by and through their

25  counsel of record, the Law Offices of Sigal Chattah, and Defendant PHH Mortgage Corp. ("PHH

26  Mortgage"), by and through its counsel of record, Greenberg Traurig, LLP, hereby stipulate and

27

28

*GREENBERG TRAURIG, LLP*
*3773 Howard Hughes Parkway*
*Suite 400 North*
*Las Vegas, Nevada 89169*
*Telephone (702) 792-3773*
*Facsimile (702) 792-9002*

agree that PHH Mortgage shall have up to and including February 27, 2013 to file its response to Relators' complaint.

NOW THEREFORE, the parties, through their respective counsel of record, agree and stipulate that PHH Mortgage's answer to Relators' complaint shall be due on or before February 27, 2013.

IT IS SO STIPULATED.

Dated this 12 day of February, 2013                    Dated this 12 day of February, 2013

GREENBERG TRAURIG, LLP                                THE LAW OFFICES OF SIGAL CHATTAH

*/s/ Mark E. Ferrario*                                */s/ Sigal Chattah*
MARK E. FERRARIO                                     SIGAL CHATTAH
Nevada Bar No. 1625                                  Nevada Bar No. 8264
BRANDON E. ROOS                                      5875 S. Rainbow Blvd., #204
Nevada Bar No. 7888                                  Las Vegas, NV 89118
JACK F. BURNS                                        *Attorney for Plaintiffs*
Nevada Bar No. 12340
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Clark County School District*

<u>**ORDER**</u>

**IT IS HEREBY ORDERED**

DATED this _____ day of February, 2013.

_____
**UNITED STATES DISTRICT COURT JUDGE**

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002