Abran E. Vigil, Esq.
Nevada Bar No. 7548
Edward Chang, Esq.
Nevada Bar No. 11783
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
E-mail: vigila@ballardspahr.com
E-mail: change@ballardspahr.com

*Attorneys for Defendant*
*Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex. rel.*,<br><br>Plaintiff,<br><br>JAMES R. ADAMS and PUOY K. PREMSRIRUT,<br><br>Relators,<br><br>vs.<br><br>AURORA LOAN SERVICES LLC; BAC HOME LOANS SERVICING LP; BANK OF AMERICA NA; CHASE HOME FINANCE LLC; CITIMORTGAGE INC; COUNTRYWIDE HOME LOANS SERVICING LP; COUNTRYWIDE HOME LOANS INC.; EMC MORTGAGE CORPORATION; GMAC MORTGAGE CORPORATION; JPMORGAN CHASE BANK NA; NATIONSTAR MORTGAGE LLC; OCWEN LOAN SERVICING LLC; ONEWEST BANK FSB; PHH MORTGAGE CORP; US BANK NA; WELLS FARGO BANK NA; DOES 1 through 500; and ROE ENTITIES 1 through 500, inclusive.<br><br>Defendants. | Case No. 2:11-cv-00535-RCJ-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER THIRD AMENDED COMPLAINT [DKT. NO. 43] OR OTHERWISE PLEAD**<br><br>(First Request) |

DMWEST #9613405 v2

This stipulation is respectfully submitted by the United States of America, by and through qui tam relators James R. Adams and Puoy K. Premsrirut ("Relators") and Nationstar Mortgage LLC ("Nationstar," together with Relators, the "Parties"), by and through their respective counsel of record.

1. On April 8, 2011, Relators filed their Complaint. [Dkt. No. 1.]

2. On July 29, 2011, Relators filed their First Amended Complaint. [Dkt. No. 10.]

3. On January 18, 2013, Relators filed their Second Amended Complaint. [Dkt. No. 42.]

4. On January 18, 2013, Relators filed their Third Amended Complaint. [Dkt. No. 43.]

5. On January 23, 2013, the Summons and Third Amended Complaint [Dkt. No. 43] were served on Nationstar.

*[Remainder of Page Intentionally Left Blank]*

6. The Parties have agreed that Nationstar shall have up to and including February 27, 2013 to respond to the Third Amended Complaint.

IT IS SO STIPULATED.

| Dated: February 12, 2013 | Dated: February 12, 2013 |
|---|---|
| LAW OFFICES OF SIGAL CHATTAH | BALLARD SPAHR LLP |
| By: /s/ *Sigal Chattah*<br>Sigal Chattah, Esq.<br>5875 South Rainbow Boulevard,<br>Suite 204<br>Las Vegas, Nevada 89118 | By: /s/ *Edward Chang*<br>Abran E. Vigil, Esq.<br>Edward Chang, Esq.<br>100 North City Parkway<br>Suite 1750<br>Las Vegas, Nevada 89106 |
| *Attorneys for Relators* | *Attorney for Defendant Nationstar Mortgage LLC* |

### ORDER

IT IS SO ORDERED.

Dated this ___ day of _____, 2013.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I certain that on February 13, 2013, and according to Fed. R. Civ. P. 5(b), I served via CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing *Stipulation and Order to Extend to Answer Second Amended Complaint [Dkt. No. 43] or Otherwise Plead (First Request)*, postage prepaid and addressed to all parties as identified on the Court-generated Notice of Electronic Filing.

*/s/* 
An employee of BALLARD SPAHR LLP

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106-4617
(702) 471-7000 FAX (702) 471-7070