1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  AKERMAN SENTERFITT LLP
   1160 Town Center Drive, Suite 330
3  Las Vegas, Nevada 89144
   Telephone:    (702) 634-5000
4
   *Attorneys for CitiMortgage, Inc.*
5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  UNITED STATES OF AMERICA, *ex. rel.*,          Case No.:  2:11-cv-00535-RCJ-PAL

11                    Plaintiff,

12  JAMES R. ADAMS and PUOY K.                     **DECLARATION IN SUPPORT OF**
    PREMSRIRUT,                                    **EMERGENCY MOTION FOR AN**
13                                                 **EXTENSION OF THE DEADLINE FOR**
                      Relators,                    **RESPONSIVE PLEADINGS**
14
                      vs.
15
    AURORA LOAN SERVICES, LLC, et al.,
16
17                                 Defendants.

18      I, Ariel Stern, declare as follows:

19         1.     I am a shareholder at Akerman Senterfitt, LLP, counsel for CitiMortgage, Inc.  I

20  submit this Declaration in support of Defendant's Emergency Motion for an Extension of the

21  Deadline for Responsive Pleadings.  I have personal knowledge of the facts contained in this

22  declaration and if called to testify about them, I could do so competently.

23         2.     I was retained by CitiMortgage for purposes of this litigation on February 12, 2013.

24  On February 13, 2013, I contacted opposing counsel Sigal Chattah to seek an extension of time to

25  file a responsive pleading.  I called Ms. Chattah and left a voice message requesting a call-back.  I

26  also sent an e-mail in which I requested a 60-day extension of my client's responsive pleading

27  deadlines.  While I was not able to communicate with Ms. Chattah via phone, my e-mail explained

28  that, in my view, the complexity of the case and the potential efficiency gains from a coordinated

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    briefing schedule with the other defendants make the requested extension appropriate.   I also

2    explained that I had been retained only the day before, and more time was needed to prepare my

3    client's responsive pleading.   Finally, I noted that the requested extension was consistent with the

4    extension sought by certain other defendants in their Motion For an Extension of the Deadline for

5    Responsive Pleadings (See Docket No. 66 ¶ 3.)  Ms. Chattah, by e-mail, denied the request.

6         3.    I informed Ms. Chattah that CitiMortgage would file this emergency motion seeking

7    approximately a 60-day extension.

8         I swear under penalty of perjury that the foregoing is true and correct.

9         DATED this 13th day of February, 2013.

11                                        Ariel Stern

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## CERTIFICATE OF SERVICE

This is to certify that on the 13th day of February, 2013, I served via the CM/ECF electronic filing system and/or deposited in the United States Mail, postage prepaid, a true and correct copy of the foregoing **DECLARATION IN SUPPORT OF EMERGENCY MOTION FOR AN EXTENSION OF THE DEADLINE FOR RESPONSIVE PLEADINGS**, and addressed to the following:

Sigal Chattah, Esq.
5875 S. Rainbow Blvd
Suite 204
Las Vegas, NV 89118

*Attorney for Relators*

    /s/ Debbie Julien
An employee of Akerman Senterfitt LLP

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA, 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572