# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ,UNITED STATES OF AMERICA, *ex. rel.*, | )<br>) |
| Plaintiff, | )<br>) |
| JAMES R. ADAMS and PUOY K. PREMSRIRUT, | )   2:11-cv-535-RCJ-NJK<br>) |
| Relators, | )   **ORDER**<br>) |
| v. | )<br>) |
| WELLS FARGO BANK, N.A., et al., | )<br>) |
| Defendants. | )<br>) |
| _____ | ) |

Currently before the Court is Defendants Green Valley Ranch Community Association and The Lakes Association's Motion to Dismiss Complaint (#29). After Defendants Green Valley Ranch Community Association and The Lakes Association filed their motion to dismiss, Qui Tam Plaintiff-Relators James R. Adams and Puoy K. Premsrirut ("Relators") filed a second amended complaint and a third amended complaint that no longer named Green Valley Ranch Community Association and The Lakes Association as defendants. As such, the Court denies the motion to dismiss as moot.

///

///

///

///

///

///

**CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Defendants Green Valley Ranch Community Association and The Lakes Association's Motion to Dismiss Complaint (#29) is DENIED as MOOT.

DATED: This  15th  day of February, 2013.

_____
United States District Judge