# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ,UNITED STATES OF AMERICA, *ex. rel.*, <br><br>      Plaintiff, <br><br>JAMES R. ADAMS and PUOY K. PREMSRIRUT, <br><br>      Relators, <br><br>   v. <br><br>WELLS FARGO BANK, N.A., et al., <br><br>      Defendants. | 2:11-cv-535-RCJ-NJK <br><br>**ORDER** |

Currently before the Court is Defendants Green Valley Ranch Community Association and The Lakes Association's Motion to Dismiss Complaint (#29). After Defendants Green Valley Ranch Community Association and The Lakes Association filed their motion to dismiss, Qui Tam Plaintiff-Relators James R. Adams and Puoy K. Premsrirut ("Relators") filed a second amended complaint and a third amended complaint that no longer named Green Valley Ranch Community Association and The Lakes Association as defendants. As such, the Court denies the motion to dismiss as moot.

///
///
///
///
///
///

**CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Defendants Green Valley Ranch Community Association and The Lakes Association's Motion to Dismiss Complaint (#29) is DENIED as MOOT.

DATED: This  15th  day of February, 2013.

_____
United States District Judge

2