# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> WELLS FARGO BANK NATIONAL ) <br> ASSOCIATION, et al., ) <br> ) <br> Defendants. ) | Case No. 2:11-cv-00535-RCJ-PAL <br><br> **ORDER** <br><br> (Mot Ext Time - Dkt. #66) <br> (Mot Ext Time - Dkt. #73) |

Before the court is Defendants Countrywide Home Loans, Inc; Bank of America, N.A.; Countrywide Home Loans Servicing, LP; BAC Home Loans Servicing, LP; Aurora Loan Services, LLC; Chase Home Finance, LLC; EMC Mortgage Corp.; J.P. Morgan Chase Bank, N.A.; Ocwen Loan Servicing, LLC; OneWest Bank FSB; U.S. Bank, N.A.; and Wells Fargo Bank, N.A.'s Partially Unopposed Emergency Motion for an Extension of the Deadline for a Responsive Pleading (First Request) (Dkt. #66); and Defendant CityMortgage, Inc.'s Emergency Motion for an Extension of the Deadline for a Responsive Pleading (Dkt. #73).

This is a *qui tam* action initiated by Relators James Adams and Puoy Premsrirut under the provisions of the Federal False Claim Act. The initial Complaint (Dkt. #1) was filed April 8, 2011, under seal. A First Amended Complaint (Dkt. #10) was filed July 29, 2011, also under seal. This action was unsealed April 23, 2012, when the Department of Justice declined to intervene (Dkt. #24). On January 18, 2013, Relators filed a "Second Amended Complaint" (Dkt. #42) and Third Amended Complaint that was identified as a Second Amended Complaint (Dkt. #43).

Both motions seek a 60-day extension to file a responsive pleading until April 15, 2013. Counsel for the moving parties initially requested a stipulation from opposing counsel who agreed to a two-week extension for all Defendants, but would not agree to a longer extension. Counsel for the

moving parties claim that this case is complex, and that a 60-day extension will advance judicial economy. The moving Defendants believe that there are legal issues common to multiple Defendants named in the Third Amended Complaint and if the court grants the 60-day extension, the Defendants "will endeavor to develop a plan for joint briefing, which would greatly reduce the burden that Relators' lawsuit will place on the Court."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Emergency Motions (Dkt. ##66, 74) are **GRANTED** and the movants are granted an extension until **April 15, 2013**, to file a responsive pleading.
2. No further extensions of the deadline for filing responsive pleadings will be allowed.

Dated this 20th day of February, 2013.

_____
Peggy A. Leen
United States Magistrate Judge