1  LAW OFFICES OF SIGAL CHATTAH
   SIGAL CHATTAH, ESQ.
2  Nevada Bar No. 8264
   5875 S. Rainbow Blvd., Suite 204
3  Las Vegas, Nevada 89118
   Tel: (702) 360-6200
4   Fax: (702) 643-6292
   chattahlaw@gmail.com
5  *Attorney for Relators*
   *James Adams & Puoy K. Premsrirut*
6

7
                    **UNITED STATES DISTRICT COURT**
8
                          **DISTRICT OF NEVADA**
9

10 | | |
   |---|---|
   | UNITED STATES OF AMERICA, *ex. rel.*, | Case No. 2:11-cv-00535-RCJ-PAL |
   | Plaintiff, | |
   | JAMES R. ADAMS and PUOY K. PREMSRIRUT, | ] ORDER |
   | Relators, | |
   | vs. | |
   | AURORA LOAN SERVICES LLC; BAC HOME LOANS SERVICING LP; BANK OF AMERICA NA; CHASE HOME FINANCE LLC; CITIMORTGAGE INC; COUNTRYWIDE HOME LOANS SERVICING LP; COUNTRYWIDE HOME LOANS INC.; EMC MORTGAGE CORPORATION; GMAC MORTGAGE CORPORATION; JPMORGAN CHASE BANK NA;  NATIONSTAR MORTGAGE LLC; OCWEN LOAN SERVICING LLC; ONEWEST BANK FSB; PHH MORTGAGE CORP; US BANK NA; WELLS FARGO BANK NA; DOES 1 through 500; and ROE ENTITIES 1 through 500, inclusive. | |
   | Defendants | |

25     The Court, having reviewed the Relators' Emergency Motion To Extend Filing Deadline and
26 all the associated documents on file herein and based on the good cause appearing, hereby GRANTS
27 the Relator's Motion to Extend Filing Deadline;
28

1   IT IS HEREBY ORDERED ADJUDGED AND DECREED that Relators shall file their
2 Opposition to Defendants' Joint Motion to Dismiss on or before June 28, 2013.
3   IT IS FURTHER ORDERED that Defendants shall file their Reply Brief on or before August
4 12, 2013.
5   **IT IS SO ORDERED.**
6           Dated this 21st day of June, 2013.

            _____
            U.S. DISTRICT COURT JUDGE

10 Submitted by:

12 _/s/ Sigal Chattah_____
   SIGAL CHATTAH, ESQ.
13 Nevada Bar No. 8264
   5875 S. Rainbow Blvd., Suite 204
14 Las Vegas, Nevada 89118
   Tel: (702) 360-6200
15  Fax: (702) 643-6292
   chattahlaw@gmail.com
16 *Attorney for Relators*
   *James Adams & Puoy K. Premsrirut*